IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>            *Plaintiff*,<br><br>      v.<br><br>STEVEN T. MNUCHIN, in his official capacity as Secretary of the United States Department of the Treasury, *et al.*,<br><br>            *Defendants*. | Case No. 1:19-cv-00969 |

**JOINT MOTION FOR BRIEFING SCHEDULE**

Pursuant to Local Rule 7, the parties hereby move for the Court to establish a briefing schedule for plaintiff's application for a preliminary injunction, as set forth below. Defendants have authorized plaintiff to represent that they join this motion.

1. Plaintiff United States House of Representatives filed this suit on April 5, 2019. ECF No. 1.

2. On April 23, 2019, plaintiff filed an application for a preliminary injunction, seeking to enjoin defendants from spending funds to construct a wall along the southern border of the United States absent a valid Congressional appropriation. ECF No. 17. As explained in the application, defendants have announced that they will use the funds challenged in this suit to begin construction of the border wall in May 2019. *See id.* at 13.

3. On April 24, 2019, the parties conferred pursuant to Local Rule 7(m) and agreed to the following briefing schedule for plaintiff's application for a preliminary injunction:

      a. Opposition to application for a preliminary injunction: May 8, 2019

      b. Reply in support of application for a preliminary injunction: May 15, 2019

4. The parties are available at the Court's convenience for a hearing on the application for a preliminary injunction the week of May 20, 2019.

5. Accordingly, the parties respectfully request that the Court issue the parties' agreed-upon briefing schedule for the preliminary injunction and set a hearing on the application the week of May 20, 2019.

                                    Respectfully submitted,

                                    */s/ Douglas N. Letter*
                                    DOUGLAS N. LETTER (D.C. Bar No. 2533492)
                                        *General Counsel*
                                    TODD B. TATELMAN (VA Bar No. 66008)
                                        *Deputy General Counsel*
                                    MEGAN BARBERO (MA Bar No. 668854)
                                        *Associate General Counsel*
                                    KRISTIN A. SHAPIRO (D.C. Bar No. 1007010)
                                        *Assistant General Counsel*

                                    OFFICE OF GENERAL COUNSEL
                                    U.S. HOUSE OF REPRESENTATIVES[*]
                                    219 Cannon House Office Building
                                    Washington, D.C. 20515
                                    Telephone: (202) 225-9700
                                    douglas.letter@mail.house.gov

                                    *Counsel for Plaintiff the United States House of*
                                          *Representatives*

---

[*] Attorneys for the Office of General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571.

        JOSEPH H. HUNT
        Assistant Attorney General

        JAMES M. BURNHAM
        Deputy Assistant Attorney General

        JOHN R. GRIFFITHS
        Director, Federal Programs Branch

        ANTHONY J. COPPOLINO
        Deputy Director, Federal Programs Branch

        /s/ *Andrew I. Warden*
        ANDREW I. WARDEN (IN Bar No. 23840-49)
        Senior Trial Counsel
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, N.W.
        Washington, DC 20005
        Tel: (202) 616-5084
        Fax: (202) 616-8470
        Email: Andrew.Warden@usdoj.gov

        *Counsel for Defendants*

April 24, 2019

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 24, 2019, I caused the foregoing document to be filed via the U.S. District Court for the District of Columbia's CM/ECF system, which I understand caused a copy to be served on all registered parties.

                                                  */s/ Douglas N. Letter*
                                                  Douglas N. Letter