**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff,*<br><br>v.<br><br>STEVEN T. MNUCHIN, in his official capacity as Secretary of the United States Department of the Treasury, et al.,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)   Case No. 1:19-cv-00969-TNM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for proposed *amici curiae* William Pittard, Kerry W. Kircher, Irvin B. Nathan, Geraldine R. Gennet, Charles Tiefer, Thomas J. Spulak, Steven R. Ross and Stanley Brand.

    Respectfully submitted,

    /s/ Lawrence S. Robbins
    Lawrence S. Robbins
    (D.C. Bar No. 420260)
    ROBBINS, RUSSELL, ENGLERT,
    ORSECK, UNTEREINER &
    SAUBER LLP
    2000 K Street, N.W., Fourth Floor
    Washington, DC 20006
    Telephone: (202) 775-4500
    Facsimile: (202) 775-4510
    lrobbins@robbinsrussell.com

Dated: May 6, 2019