# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **U.S. House of Representatives,** | | Plaintiffs, |
| v. | : | |
| Steven T. Mnuchin, et. al, | | |
| *Defendants.* | : | |
| and | | |
| Robert A. Heghmann, | : | |
| | | **Docket Number:** |
| *Plaintiff,* | | |
| v. | : | 1:19-cv-00969 |
| **United States House of Representatives,** Barack H. Obama, Joseph Biden, E. Scott Lloyd, Director, Office of Refugee Resettlement, Kathleen Sebelius, Past Secretary, Department of Health and Human Services, Alejandro Mayorkas, Director, U.S. Citizenship and Immigration Services, Jeh Johnson, Past Secretary, Department of Homeland Security, Robert R. Redfield, Director Centers for Disease Control and Prevention, Tom Frieden, past-Director, Centers for Disease Control and Prevention, Francis S. Collins, National Institute of Health ,Richard V. Spencer, Secretary, U.S. Navy, | : : : : : | **MOTION TO INTERVENE**  May 8, 2019 |

1



*Defendants.*                    :

**PLAINTIFF-INTERVENOR ROBERT A. HEGHMANN'S MOTION TO INTERVENE**

Robert A. Heghmann respectfully moves pursuant to Federal Rule of Civil Procedure 24 to intervene as a plaintiff in this action. Intervention is warranted as of right because Plaintiff-Intervenor's interest in the illegal immigration of migrant children carrying two strains of Polio to which the vaccine administered to the Plaintiff-Intervenor as a child offers no protection cannot be fully represented or protected by either the Plaintiffs or the Defendants in this action, and this interest will be impaired if the Plaintiff-Intervenor is not permitted to intervene. See Fed. R. Civ. P. 24(a)(2).

At its core, this case is about building a Wall on the Southern Border of the United States. President Trump, represented in this action by Steven T. Mnuchin, wants to build the Wall for National Security reasons not the least of which is the fact that a nation cannot truly be a nation without secure borders. The Democrats represented by the House of Representatives wants to block President Trump's Wall for purely political reasons. First, they want to deny President Trump a political victory at any price. Second, they see illegal immigration as a way of securing future votes and political powers as these illegal immigrants become wards of the state and vote for the party that supports them, the Democratic Party. For the Plaintiff-Intervenor, who supports building the Wall for National Security reasons, it is a mater of life and death for him and thousands if not millions of American citizens.

2

What President Trump does not know and what the Democrats know but are not saying for political reasons is that illegal immigrant children are crossing the Southern Border carrying two strains of Polio which were previously unknown in the United States and which are not prevented by the Sabine Vaccine currently in use in the United States. As a result of the failure to stop these immigrant children from entering the United States over 600 American children have been stricken by this Latin American Polio. Dozens of American infants and children have died. The number of American Children being infected by Latin American Polio is increasing by 200% per year and will continue to do so until (1) the illegal immigration is stopped and (2) those immigrant children already in the United States are identified, tested and if they r are carrying Polio they are removed from the country or at least quarantined.

The Main Street Media know this but are not reporting it to protect the Democratic Party. Recently the story of childhood paralysis has become so wide spread that local and regional news outlets have begun to run isolated stories on the new Polio. But as far as the Main Street Media is concerned, if a story is not in the N.Y. Times or the Washington Post, it is not "news".

The Democrats know how explosive this story would be if it got out. To prevent the story from reaching a mass market the Democrats through the Centers for disease Control and Prevention (hereinafter the "CDC") have been suppressing the story by adamantly denying the story and preventing American medical authorities from speculating on the cause of the Polio. In addition, the Democratic allies in the Swamp who have seized control of placing these immigrant children carrying Polio have placed them in rural or suburban communities, preferably communities that consistently vote Republican.

Fortunately for the American People, the Internet, primarily the Drudge Report and Breitbart News, have closely followed the story and highlighted it. Without Drudge and Breitbart,

this Motion and the accompanying Memo would not be possible. Attached as Exhibit A is the "smoking gun" which proves that the Defendants and others knew as early as October, 2013 that children from Guatemala, El Salvador and Honduras carry a form of EV-D 68 virus not previously seen in the United States. The Department of Defense Study entitled Human rhinoviruses and enteroviruses in influenza-like illnesses in Latin America while ostensibly designed to study viruses discovered the Polio almost by accident. This Latin American form of EV-68 carries within it two strains of polio not previously seen in the United States and not protected against by the Sabine Vaccine. The fact that these Latin American viruses carry two strains of Polio is set forth in Exhibit 1, page 2, column 2, first full paragraph, last sentence. Fittingly, this Report was picked up and published by Sheryl Atkinson in an Internet article which was republished by Drudge and Breitbart where the Plaintiff-Intervenor read it and began his research. Neither the Washington Post nor the New York Times has ever republished Ms. Atkinson's article or published the Report.

The Plaintiff-Intervenor urgently pleads with the Court to read the sad story of Alex Bustamante and Carter Roberts attached as Exhibit B. As is discussed, there is absolutely no actual question that immigrant children from Latin American Countries are introducing this new Polio to American children who have no defense. Look at what this disease did to young Alex Bustamante and Carter Roberts before it killed them. Read what it did to their parents. These two families are 2 out of over 600 families who have suffered from this plague. In addition, dozens of children have died. This Latin American Polio effects mainly children which makes sense since children most often in interact with children. But evidence also shows that adults can also be infected with Latin American Polio and die.. See Exhibit C.

The correlation between illegal immigration and the explosion of new Polio cases was not lost on everyone. On October 17, 2014 the International Business Daily, not exactly a Far Right organization, broached the connection between illegal immigration and Polio.

**Public Health:** A disease that was once rare in the U.S. is killing Americans, and its rise coincides with the tidal wave of unaccompanied minor children arriving from Latin America under our de facto open-border policy.

Eli Waller, a 4-year-old New Jersey boy, died Sept. 25. He was reportedly fine and healthy when he went to bed but died overnight, with the cause confirmed by the Centers for Disease Control to be enterovirus D-68 (EV-D68), one more casualty in an epidemic that has swept the country seemingly out of nowhere.

The CDC website reports that from mid-August to Oct. 10, the CDC itself or state authorities confirmed that 691 people in 46 states and the District of Columbia had come down with some sort of respiratory illness caused by EV-D68. Five children, including Eli, died from their infections.

More than a few observers have noticed that the sudden increase in EV-D68 cases coincides with the rapid rise of unaccompanied minors crossing our porous border. These children, often without proper health screenings, have been distributed throughout the U.S.

The CDC denies any connection, noting that cases of EV-D68 have occurred in the U.S. for decades, having first been detected in California in 1962.

"There is no evidence that unaccompanied children brought EV-D68 into the United States, we are not aware of any of these children testing positive for the virus," the CDC told World Net Daily in an email response to an inquiry into the possible connection.

It is true that EV-D68 has been in the U.S. at least since 1962. But according to a study done by doctors from the Division of Viral Diseases at the National Center for Immunization and Respiratory Diseases published on the CDC's own website, EV-D68 "is one of the most rarely reported serotypes, with only 26 reports throughout the 36-year study period (1970 through 2006)."

There's often a disconnect between coincidence and correlation. But we suspect that the jump in cases from 26 in 36 years to nearly 700 in one year coming at the same time as the open-border influx of improperly screened illegal aliens is more than just a coincidence.

As the relentless investigative reporter Sharyl Attkisson points out, a 2013 study in Virology Journal found human enteroviruses, including EV-D68, present in 3% of nose and throat swab samples taken from children from Latin America under 8 years old with a median age of 3. Related human rhinoviruses were found in 16% of the samples, according to the study authored by a team of virologists headed by Josefina Garcia from U.S. Naval Medical Unit 6 in Lima, Peru.

"Keep in mind that Latin American children likely have some immunity and may not be sick, while still contagious," Dr. Jane Orient, executive director of the Association of American Physicians and Surgeons, told World Net Daily.

So infected unaccompanied minors might not even show any symptoms detectable in screenings.

"Most of the border minors are being kept in overcrowded facilities ridden with poor hygiene," Dr. Elizabeth Lee Vliet, a preventive medicine specialist, told Breitbart News this summer, as the border flood escalated. "This is the ideal condition for a viral outbreak." Exhibit D.

Nor was the I.B.D. alone. On November 4, 2014 Judicial Watch had the courage to raise a flag.

# Recently Arrived Illegal Alien Minors Spread Deadly Virus

NOVEMBER 04, 2014   www.judicialwatch.org/blog/2014/11/recentlt-arrived-illegal-alien-minors-spread-deadly-virus/

The "humanitarian crisis" concocted by President Obama to let tens of thousands of illegal immigrant minors stay in the U.S. has fueled a deadly respiratory virus epidemic that's struck American kids across the country and killed at least nine.

Virtually nonexistent in the U.S. before the recent influx of illegal alien minors, the lethal Enterovirus D68 (EV-D68) is associated with severe respiratory illness and is known to come

from Central America. According to the **Centers for Disease Control and Prevention (CDC)** from mid-August to the end of October state public health laboratories have confirmed a total of 1,105 people in 47 states and the District of Columbia with respiratory illness caused by EV-D68. What the agency conveniently omits is that the deadly virus was first discovered in cities with large numbers of relocated illegal immigrant minors, officially identified by the government as Unaccompanied Alien Children (UAC).

A conservative news website *connected the dots* after reviewing a growing body of genetic and statistical evidence. The big EV-D68 epidemic coincides with the barrage of Central American minors that entered the U.S. through Mexico over the summer. Hundreds of American kids have been sent to hospital emergency rooms in more than 40 states with unprecedented polio-like paralysis associated with EV-D68. By September 8 hospitals in a dozen states were reporting cases of EV-D68-like infections and by mid-September 153 patients were confirmed as having the virus in 18 states, the news site reports.

By October 538 victims—mostly young children—were confirmed to have EV-D68 in 43 states, according to information provided by the CDC, and by the end of the month confirmed infections reached 998. That's 300 times the infection rate during a period that spanned more than three decades, from 1970 to 2003. The article quotes hospital physicians in different parts of the country confirming the unprecedented amount of victims brought in for treatment. This includes emergency rooms and intensive care units in Missouri, Illinois, Colorado and Texas. Exhibit G.

So, what was the response of the CDC? On October 15, 2014 in response to a request from World News Daily, the CDC totally denied the link between Enterovirus and Illegal-Alien kids.

"There is no evidence that unaccompanied children brought EV-D68 into the United States; we are not aware of any of these children testing positive for the virus," the CDC emailed WND in response to a request for comment.

The CDC argued EV-D68 is not new to the U.S. having been identified in California in 1962.

"In previous years, it has not been as commonly identified as other enteroviruses ," CDC said, "This year's increase in confirmed cases is not due to recent introduction in the United States.".

As WND pointed out, the statement of the CDC directly contradicts the findings in the Study cited what above as Exhibit A. The CDC offered no explanation of the contradiction. Exhibit F at 1.

So, what action did the Obama-Biden Administration take to protect America's children from this new form of Polio? On September 30, 2014, President Obama issued an Executive Order giving children from El Salvador, Guatemala and Honduras Refugee Status.

WASHINGTON — President Obama has approved a plan to allow several thousand young children from Central American countries to apply for refugee status in the United States, providing a legal path for some of them to join family members already living in America, White House officials said Tuesday.

The program is aimed at helping to discourage many children from making a long, dangerous trek across Mexico in an attempt to cross into the United States and join their parents. The idea was first presented to Mr. Obama at the height of the summer's border crisis, when tens of thousands of young children from El Salvador, Guatemala and Honduras were pouring across the border from Mexico and presenting themselves to American border patrol agents as refugees fleeing from rape and gang violence.

The spike in migrations raised concerns that the journey across Mexico was often more dangerous than the rough conditions the children were fleeing in their home countries, while the images of border control centers overflowing with unaccompanied children prompted a political backlash against illegal immigration across the country. Exhibit G at page 1.

This Executive Order is the root cause of the Caravans winding their way from Latin America through Mexico to the United States. They are now crossing the Southern Border unchecked spreading EV-D68 and potentially Polio through out the United States.

The Plaintiffs and the Democratic Party want to have the Southern Border remain open and unguarded at the price of unchecked illegal immigration. They are willing to see potentially Thousands of American Children crippled and killed by the Polio being carried by children from El Salvador, Guatemala and Honduras. The Plaintiff-Intervenor in the alternative, wants the Southern Border closed to prevent additional children carrying EV-D68 and Polio from entering the Country. The Plaintiff-Intervenor should be granted leave to intervene because: (1) the Plaintiff-Intervenor's claims against the current Plaintiffs share common questions of law and fact with the current Plaintiff's claims against the current Defendants; and (2) this action involves

Genocide and the enforcement of the U.N. Convention on the Prevention and Punishment of the Crime of Genocide, a Treaty signed by the United States and ratified by the United States Senate. None of the current Parties is prepared or will vindicate this Treaty and protect Republican children and adults in rural and suburban areas from crimes against humanity perpetrated by the current U.S. House of Representatives, Members of the Obama-Biden Administration including but not limited to the named defendants, Federal Bureaucrats on behalf of the Democratic Party including but not limited to the named defendants and Democratic Members of Congress, both current and former. Article VI of the Convention requires that Persons charged with Genocide or any of the other acts enumerated in Article III be tried by a Competent Tribunal of the State in the Territory of which the act was committed. This Court has jurisdiction to act as that Tribunal under 18 U.S.C. Sec. 1091.

Respectfully Submitted,

Robert A. Heghmann
Plaintiff – Intervenor
933 Wyden Drive
Virginia Beach, VA 23462
(603) 866 – 3084

Bob_Heghmann@Reagan.com

CERTIFICATION

In addition to service electronically through the ECF System, the Plaintiff-Intervenor served a copy of this Motion upon Attorneys currently appearing via e-mail at the following addresses on May 8, 2019.

Kristin A. Shapiro

Kristin.Shapiro@mail.house.gov

Andrew I. Warden

Andrew.Warden@usdoj.gov

Daniel Isaac Weiner

Daniel.Weiner@NYU.Edu

Max S. Wolfson

Wolson@NILC.org

_/s/ signature_