IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff,*<br><br>v.<br><br>STEVEN T. MNUCHIN, in his official capacity as Secretary of the United States Department of the Treasury, *et al.*,<br><br>*Defendants.* | Case No. 1:19-cv-00969 |

## DECLARATION OF PAUL ARCANGELI

I, Paul Arcangeli, pursuant to the provisions of 28 U.S.C. § 1746 declare and say:

1. I am the Staff Director of the House Armed Services Committee. I have worked for the Committee in various roles since 2004. In 2010, I was appointed Staff Director. From 2011 to 2018, I served as Minority Staff Director. I began serving again as Staff Director in January 2019.

2. On April 25, 2019, the Department of Defense (DoD) submitted in writing to the Committee responses to various Committee requests for information. One of the Committee's questions was: "What is covered under GCC operational support? Are these 284 activities? Other authorities? Why is there such a significant jump from FY18 actuals to FY19 and FY20 for EUCOM, INDOPACOM and AFRICOM? Are FY18 actuals reflective of a shift to 333?" In response, DoD wrote:

> A1. For most commands, the CD Project titled "GCC operational Support" refers to that portion of Geographic Combatant Commands' programs that support activities executed under §284(b) and §284(c). The exception is U.S.

SOUTHCOM, that also funds costs associated with §124 detection and monitoring operations within this Project. Regarding the increases between FY18 actuals and the FY19/20 levels for EUCOM, INDOPACOM and AFRICOM: Yes, some of this was due to shifting some efforts to §333 and the associated growing pains of working with the new Chapter 15 and 16 authorities. However, the primary factor that led to curtailed support in FY18 was a combination of a continuing resolution, followed by DoD Comptroller withholding over 84% ($947 million) of CD appropriated funds for distribution until the 4th Quarter for possible use in supporting Southwest Border construction last fiscal year. The funding was ultimately released beginning in July, but the uncertainty generated caused planning, Congressional notification, and execution deadlines to be missed.

3.  DoD's statement that the "DoD Comptroller with[held] over 84% ($947 million) of [counter-drug] appropriated [FY 2018] funds for distribution until the 4th Quarter for possible use in supporting Southwest Border construction last fiscal year" suggests that DoD was considering using its counter-drug authority under 10 U.S.C. § 284 for southern border construction in early 2018.

4.  I declare under penalty of perjury that the foregoing is true and correct. Executed on May 15, 2019, in Washington, D.C.

Paul Arcangeli