# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>       Plaintiff,<br><br> v.<br><br>STEVEN T. MNUCHIN, in his official capacity as Secretary of the Treasury, *et al.*,<br><br>       Defendants. | No. 19-cv-00969 (TNM) |

### UNOPPOSED MOTION TO STAY DEFENDANTS' RESPONSE TO COMPLAINT PENDING RULING ON MOTION FOR PRELIMINARY INJUNCTION

 Defendants hereby move to stay their response to the House of Representatives's complaint pending a ruling by the Court on the House's motion for preliminary injunction. In accordance with Local Rule 7(m), the parties have conferred and the House do not oppose this motion. For the reasons set forth below, Defendants' motion should be granted:

 1. The House initiated this action on April 5, 2019. *See* Complaint, ECF No. 1. Approximately two weeks later, on April 23, 2019, the House filed a motion for preliminary injunction seeking to enjoin the use of certain funds to construct barriers along the southern border of the United States. *See* ECF No. 36. The Court heard oral argument on the motion on May 23, 2019.

 2. In accordance with Federal Rule of Civil Procedure 12(a)(2), Defendants' deadline to respond to the House's complaint is June 7, 2019.

 3. In Defendants' view, resolution of the pending motion for preliminary injunction is likely to provide important guidance to the parties regarding this Court's view of the jurisdictional and merits issues presented in this case. Accordingly, it would be inefficient to

move forward with additional briefing concerning the House's complaint until the Court issues its decision on the motion for preliminary injunction.

4. Defendants therefore request that the Court stay Defendants' response to the House's complaint pending a ruling from the Court on the motion for preliminary injunction. Following the Court's decision, the parties will submit a status report within seven days setting forth a proposed schedule for further proceedings.   A proposed order is attached.

DATE:  June 3, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

JOHN G. GRIFFITH
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)

KATHRYN C. DAVIS (D.C. Bar No. 985055)
MICHAEL J. GERARDI (D.C. BAR NO. 1017949)
RACHAEL L. WESTMORELAND
LESLIE COOPER VIGEN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470

*Attorneys for Defendants*