# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **U.S. HOUSE OF REPRESENTATIVES**, <br><br> Plaintiff, <br><br> v. <br><br> **STEVEN T. MNUCHIN, in his official capacity as Secretary of the U.S. Department of the Treasury** *et al.*, <br><br> Defendants. | Case No. 1:19-cv-00969 (TNM) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, upon consideration of the Plaintiff's Motion for a Preliminary Injunction, the pleadings, the memoranda and oral arguments in opposition and in support, the briefs by *amici curiae*, and the relevant law, it is hereby

**ORDERED** that the Plaintiff's Motion for a Preliminary Injunction is DENIED for lack of subject matter jurisdiction.

**SO ORDERED.**

This is a final, appealable Order.

Dated: June 3, 2019

TREVOR N. McFADDEN
United States District Judge