# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>     *Plaintiff*,<br><br>  v.<br><br>STEVEN T. MNUCHIN, in his official capacity as Secretary of the United States Department of the Treasury, *et al.*,<br><br>     *Defendants*. | Case No. 1:19-cv-00969<br><br>**NOTICE OF APPEAL** |

  PLEASE TAKE NOTICE that plaintiff the U.S. House of Representatives hereby appeals to the United States Court of Appeals for the District of Columbia from the District Court's memorandum opinion and order denying the House's application for a preliminary injunction (ECF Nos. 54 & 55), which were issued on June 3, 2019.

        Respectfully submitted,

        */s/ Douglas N. Letter*
        DOUGLAS N. LETTER (D.C. Bar No. 2533492)
           *General Counsel*
        TODD B. TATELMAN (VA Bar No. 66008)
           *Deputy General Counsel*
        MEGAN BARBERO (MA Bar No. 668854)
           *Associate General Counsel*
        JOSEPHINE MORSE (D.C. Bar No. 1531317)
           *Associate General Counsel*
        KRISTIN A. SHAPIRO (D.C. Bar No. 1007010)
           *Assistant General Counsel*

        OFFICE OF GENERAL COUNSEL
        U.S. HOUSE OF REPRESENTATIVES
        219 Cannon House Office Building
        Washington, D.C. 20515
        Telephone: (202) 225-9700
        douglas.letter@mail.house.gov

        *Counsel for Plaintiff the United States House of*
           *Representatives*

June 10, 2019

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 10, 2019, I caused the foregoing document to be filed via the U.S. District Court for the District of Columbia's CM/ECF system, which I understand caused a copy to be served on all registered parties.

    */s/ Douglas N. Letter*
    Douglas N. Letter