**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>                    Plaintiff,<br><br>    v.<br><br>STEVEN T. MNUCHIN, in his official capacity as Secretary of the United States Department of the Treasury, *et al.*,<br><br>                    Defendants. | Case No. 1:19-cv-00969 |

**JOINT STATUS REPORT ADDRESSING FURTHER PROCEEDINGS**

Pursuant to the Court's June 4, 2019 Order, the parties hereby submit the following status report addressing further proceedings in this case.

1. On June 10, 2019, the House of Representatives will file a notice of appeal of the Court's memorandum opinion and order (ECF Nos. 54 & 55) denying the House's motion for a preliminary injunction.

2. On or before June 14, 2019, the House of Representatives will file a motion to amend its complaint to add a new claim alleging a violation of Section 9002 of the Department of Defense Appropriations Act, 2019. *See* House Reply Memorandum at 3 n.1 (ECF No. 45). Defendants do not oppose this amendment.

3. The parties agree that the Court should grant the House's motion to amend and in the same order deny injunctive relief with respect to Section 9002 and dismiss the amended complaint for lack of standing for the reasons set forth in the Court's memorandum opinion and

order denying the House's motion for a preliminary injunction. The House respectfully disagrees with the Court's standing decision, but the parties are in agreement that there is no need for any further proceedings or briefing in this case and the Court should immediately dismiss the amended complaint for lack of jurisdiction and enter final judgment so that the House may promptly appeal that order. The House also intends to file a motion before this Court seeking an injunction pending appeal; Defendants will oppose the House's motion.

4. Following entry of final judgment, the House intends to file a notice of appeal of that order.

Dated: June 10, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ Andrew I. Warden
ANDREW I. WARDEN (IN Bar No. 23840-49)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-5084
Fax: (202) 616-8470
Email: Andrew.Warden@usdoj.gov

*Counsel for Defendants*

/s/
DOUGLAS N. LETTER (D.C. Bar No. 2533492)
  *General Counsel*
TODD B. TATELMAN (VA Bar No. 66008)
  *Deputy General Counsel*
MEGAN BARBERO (MA Bar No. 668854)
  *Associate General Counsel*
JOSEPHINE MORSE (D.C. Bar No. 1531317)
  *Associate General Counsel*
KRISTIN A. SHAPIRO (D.C. Bar No. 1007010)
  *Assistant General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES[1]
219 Cannon House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
douglas.letter@mail.house.gov

*Counsel for Plaintiff the United States House of Representatives*