UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. HOUSE OF REPRESENTATIVES, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN T. MNUCHIN, in his official capacity as Secretary of the U.S. Department of the Treasury *et al.*, <br><br> Defendants. | Case No. 1:19-cv-00969 (TNM) |

## ORDER

Upon consideration of the Plaintiff's Unopposed Motion for Leave to File an Amended Complaint and Request for an Order Denying Injunctive Relief and For Entry of Judgment, ECF No. 51, it is hereby

**ORDERED** that the Plaintiff's Motion is **GRANTED**; it is further

**ORDERED** that the Amended Complaint is deemed filed with the Court upon entry of this Order; it is further

**ORDERED** that the Plaintiff's request for an order denying preliminary and permanent injunctive relief with respect to the Administration's transfer of funds under Section 9002 of the 2019 Department of Defense Appropriations Act for purposes of constructing a border wall is hereby **GRANTED**. The Court holds that the House does not have standing to assert claims and seek relief with respect to Section 9002 for the reasons set forth in the Court's Memorandum Opinion dated June 3, 2019 (ECF No. 54); and it is further

**ORDERED** that the Plaintiff's request for entry of final judgment is **GRANTED**. The Clerk of the Court shall prepare and enter judgment in this matter pursuant to Federal Rule of Civil Procedure 58.

**SO ORDERED.**

Dated: June 17, 2019

TREVOR N. McFADDEN
United States District Judge