AO 450 (Rev. 01/09; DC-03/10)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| UNITED STATES HOUSE OF REPRESENTATIVES | ) |
| *Plaintiff* | ) |
| v. | ) |
| STEVEN T. MNUCHIN et al | ) |
| *Defendant* | ) |

Civil Action No.  19-969 (TNM)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____

☑ other:  the action be dismissed for lack of subject matter jurisdiction.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge  Trevor N. McFadden _____ on a motion
to dismiss.

Date: _____ 06/17/2019 _____

ANGELA D. CAESAR, CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*