**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*, <br><br> Defendants. | Civil Action No. 19-CV-00408 (TNM) |
| RIO GRANDE INTERNATIONAL STUDY CENTER (RGISC), *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*, <br><br> Defendants. | Civil Action No. 19-CV-00720 (TNM) |
| UNITED STATES HOUSE OF REPRESENTATIVES, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN T. MNUCHIN, in his official capacity as Secretary of the Treasury, *et al.*, <br><br> Defendants. | Civil Action No. 19-CV-00969 (TNM) |

**NOTICE OF DECISION BY THE DEPARTMENT OF DEFENSE TO AUTHORIZE
ADDITIONAL BORDER BARRIER PROJECTS PURSUANT TO 10 U.S.C. § 284**

Defendants hereby notify the Court and parties in the above-captioned cases that the Secretary of Defense has authorized three additional border barrier projects in Arizona and California pursuant to 10 U.S.C. § 284.

In the course of executing the contracts for the previously-approved Section 284 projects that have been the subject of litigation in these cases, the U.S. Army Corps of Engineers (USACE) determined that that lower-than-expected contract costs may yield sufficient savings to build up to an additional 20 miles of border barrier. *See* Fourth Declaration of Kenneth Rapuano ¶ 4 (Exhibit 1). Specifically, USACE anticipates that the final total contract price for the projects will be less than USACE's rough-order-of-magnitude budget estimates. *Id.* USACE will not know the precise amount available until later in the fiscal year when USACE finalizes all contract pricing. *Id.*

The surplus funds were previously transferred into the "Drug Interdiction and Counter-Drug Activities, Defense" appropriations account pursuant to Sections 8005 and 9002 of the Department of Defense Appropriations Act, 2019, Pub. L. No. 115-245, div. A, tit. VIII, 132 Stat. 2981 (2018), which resulted § 284 litigation that led to the Supreme Court's stay of an injunction in a related case. *See Trump v. Sierra Club*, 2019 WL 3369425 (S. Ct. July 26, 2019).

As a result of this anticipated surplus of funds, on August 16, 2019, the Department of Homeland Security (DHS) sent the Department of Defense (DoD) an amendment to DHS's February 25, 2019, request for assistance under Section 284. *See* Fourth Rapuano Decl. ¶ 5 & Exhibit A. The amendment added mileage as well as new projects to the list of DHS-requested border-barrier-construction projects. *Id.*

On August 26, 2019, the Secretary of Defense authorized USACE to undertake three additional border barrier projects using excess funds obtained from contract savings on

previously approved Section 284 projects, as those funds allow:  Yuma Sector Projects 4 and 5, and Tucson Sector Project 4.  *Id.* ¶ 6 & Exhibit A.  Yuma Sector Project 4 and Tucson Sector Project 4 are located in Arizona.  *Id.*, Exhibit A.  Yuma Sector Project 5 consists of three separate segments, one located in Arizona (1.6 miles) and two in California (0.4 and 0.5 miles, respectively).  *Id.*, Exhibit A.

USACE anticipates that it will award contracts and fully obligate the necessary funds for these three projects no later than September 30, 2019, but no earlier than September 15, 2019.  *See* Declaration of Jill Stiglich ¶ 4 (Exhibit 2).  USACE does not expect to begin construction, or to engage in any ground disturbing activities, on the projects before October 1, 2019.  *Id.*

Dated:  August 27, 2019                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN (IN Bar No. 23840-49)
Senior Trial Counsel, Federal Programs Branch

KATHRYN C. DAVIS (D.C. Bar No. 985055)
MICHAEL J. GERARDI
LESLIE COOPER VIGEN (D.C. Bar No. 1019782)
RACHAEL L. WESTMORELAND
Trial Attorneys
United States Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-5084
Fax: (202) 616-8470
Email: Andrew.Warden@usdoj.gov

*Counsel for Defendants*