**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES HOUSE OF REPRESENTATIVES,

Plaintiff,

v.

JANET L. YELLEN, in her official capacity as Secretary of the Treasury, *et al.*,

Defendants.

No. 19-cv-00969 (TNM)

**JOINT STATUS REPORT**

In accordance with the Court's Order of February 16, 2021, Plaintiff and Defendants submit the following joint status report addressing further proceedings in this case.

The parties' most recent status report (ECF No. 73) explained that the parties agreed to stay further proceedings in these cases in light of the President's Proclamation of January 20, 2021. *See* Proclamation No. 10142, 86 Fed. Reg. 7225; *see also* Minute Order (Feb. 16, 2021) (granting stay). The Proclamation, *inter alia*, terminated the declaration of a national emergency at the southern border, paused construction and obligation of funds for border wall projects to the extent permitted by law, and directed various Executive Branch agencies to develop a plan "for the redirection of funds concerning the southern border wall, as appropriate and consistent with applicable law." *Id.* at 7225–26. The Proclamation stated that the plan must "include consideration of terminating or repurposing contracts with private contractors engaged in wall construction, while providing for the expenditure of any funds that the Congress expressly appropriated for wall construction, consistent with their appropriated purpose." *Id.* at 7226.

Although the Proclamation directed that the plan be completed within 60 days of January 20, 2021, the Executive Branch is continuing to work on developing the plan and no final decisions have been made to resume, modify, or terminate the border wall projects undertaken pursuant to 10 U.S.C. §§ 284 and 2808 at issue in this case.  While the plan remains in development, the pause on construction and obligation of funds for these projects, as set forth in the Proclamation, will remain in effect.

In light of the ongoing Executive Branch review, the parties agree that proceedings in this case should remain stayed for an additional 28 days to allow the Defendants to continue to develop the plan called for by the Proclamation.  The parties agree to submit a joint status report on May 13, 2021 addressing further proceedings in this case.

Dated: April 15, 2021

Respectfully submitted,

/s/ *Douglas N. Letter*
DOUGLAS N. LETTER (D.C. Bar No. 2533492)
*General Counsel*
TODD B. TATELMAN (VA Bar No. 66008)
*Deputy General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
douglas.letter@mail.house.gov

*Counsel for Plaintiff the United States House of Representatives*

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)
RACHAEL L. WESTMORELAND
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.: (202) 616-5084
Fax: (202) 616-8470
E-Mail: Andrew.Warden@usdoj.gov

*Attorneys for Defendants*