IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JANET L. YELLEN, in her official capacity as Secretary of the Treasury, *et al.*,<br><br>　　　　　　　　Defendants. | No. 19-cv-00969 (TNM) |

**JOINT STATUS REPORT**

In accordance with the Court's Order of May 14, 2021, Plaintiff and Defendants submit the following joint status report addressing further proceedings in this case.

On June 11, 2021, Defendants filed a petition for a writ of *certiorari* in the Supreme Court seeking review of the D.C. Circuit's decision that the House of Representatives has standing to bring its claim that the Executive Branch violated the Appropriations Clause by spending funds in excess of congressional authorization. *See United States House of Representatives v. Mnuchin*, 976 F.3d 1 (D.C. Cir. 2020). The petition requests that the Supreme Court vacate the D.C. Circuit's judgment and remand with instructions to dismiss this case as moot under *United States* v. *Munsingwear, Inc.*, 340 U.S. 36 (1950). *See Yellen v. United States House of Representatives* (U.S.) (docket number pending).

In light of the pending petition for *certiorari*, the parties agree that proceedings in this Court should remain stayed pending resolution of the proceedings in the Supreme Court.

Dated:  June 14, 2021

Respectfully submitted,

| | |
|---|---|
| BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>Director, Federal Programs Branch<br><br>ANTHONY J. COPPOLINO<br>Deputy Director, Federal Programs Branch<br><br>/s/ *Andrew I. Warden*<br>ANDREW I. WARDEN<br>Senior Trial Counsel (IN Bar No. 23840-49)<br>RACHAEL L. WESTMORELAND<br>MICHAEL J. GERARDI<br>LESLIE COOPER VIGEN<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C. 20530<br>Tel.:  (202) 616-5084<br>Fax:  (202) 616-8470<br>E-Mail:  Andrew.Warden@usdoj.gov<br><br>*Attorneys for Defendants* | /s/ *Douglas N. Letter*<br>DOUGLAS N. LETTER (D.C. Bar No. 2533492)<br>*General Counsel*<br>TODD B. TATELMAN (VA Bar No. 66008)<br>MEGAN BARBERO (MA Bar No. 668854)<br><br>OFFICE OF GENERAL COUNSEL<br>U.S. HOUSE OF REPRESENTATIVES<br>5140 O'Neill House Office Building<br>Washington, D.C. 20515<br>Telephone: (202) 225-9700<br>douglas.letter@mail.house.gov<br><br>*Counsel for Plaintiff the United States House of Representatives* |