IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JANET L. YELLEN, in her official capacity as Secretary of the Treasury, *et al.*,<br><br>　　　　　　　　　Defendants. | No. 19-cv-00969 (TNM) |

**JOINT STATUS REPORT**

In accordance with the Court's Order of June 15, 2021, Plaintiff and Defendants submit the following joint status report.

On June 11, 2021, Defendants filed a petition for a writ of *certiorari* in the Supreme Court seeking review of the D.C. Circuit's decision that the House of Representatives has standing to bring its claim that the Executive Branch violated the Appropriations Clause by spending funds in excess of congressional authorization. *See United States House of Representatives v. Mnuchin*, 976 F.3d 1 (D.C. Cir. 2020).

On October 12, 2021, the Supreme Court granted Defendants' petition and vacated the D.C. Circuit's judgment. *See Yellen v. House of Representatives*, 2021 WL 4733282 (U.S. Oct. 12, 2021). The Supreme Court ordered that the "case is remanded to the United States Court of Appeals for the District of Columbia Circuit with instructions to dismiss the case as moot." *Id.*

In light of the Supreme Court's order, the parties agree that there is no need for further proceedings in this Court. The parties further agree the Court may close this case following entry of the D.C. Circuit's dismissal order.

1

Dated:  October 26, 2021                    Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)
RACHAEL L. WESTMORELAND
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:  (202) 616-5084
Fax:   (202) 616-8470
E-Mail:  Andrew.Warden@usdoj.gov

*Attorneys for Defendants*

/s/ *Douglas N. Letter*
DOUGLAS N. LETTER (D.C. Bar No. 2533492)
*General Counsel*
TODD B. TATELMAN (VA Bar No. 66008)
MEGAN BARBERO (MA Bar No. 668854)

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
douglas.letter@mail.house.gov

*Counsel for Plaintiff the United States House of Representatives*